# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Aaron L. Hall,

    Petitioner,

        v.                                    Case No.  1:10cv867

Warden, London Correctional Institution,        Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on December 13, 2010 (Doc. 2).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**  Petitioner's application for leave to proceed *in forma pauperis* (Doc. 1) is **DENIED**.  The Clerk of Court is directed to return to petitioner the documents he submitted and administratively close this matter on the docket of the Court.  This Court's order does not affect petitioner's right to file his petition upon payment of the full $5.00 filing fee.

**IT IS SO ORDERED.**

                                                  *S/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge